# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2017

## NO. 03-16-00825-CV

**Wesley Spears and Renee Jacobs, Appellants**

**v.**

**Falcon Pointe Community Homeowners' Association, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on November 28, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.